# United States District Court

for the

**Eastern District of Pennsylvania**

January 13, 2023

U.S.A. vs. Trent White                                         Case No. 2:12CR000363-001

## PETITION ON SUPERVISED RELEASE

COMES NOW Nikki Campbell U.S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Trent White who was placed on supervised release by the Honorable Mary A. McLaughlin, sitting in the Court at Philadelphia, on the 11th day of July 2013, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

| | |
|---|---|
| ORIGINAL OFFENSE: | Bank robbery (Count One) |
| ORIGINAL SENTENCE: | The defendant was committed to the custody of the U.S. Bureau of Prisons for a term of 151 months, followed by three years of supervised release. A $100.00 special assessment was imposed and due immediately. |
| SPECIAL CONDITIONS: | 1) The defendant shall be evaluated by the U.S. Probation Office for mental health treatment, and if needed, provide the Court a recommendation for such treatment. If ordered, the defendant shall participate in treatment until satisfactorily discharged; and 2) The defendant shall pay a $1,000.00 fine in monthly installments of not less than $25.00 to commence 30 days from release from confinement. |
| JUDGE REASSIGNMENT: | On March 31, 2016, the defendant's case was reassigned from the calendar of the Honorable Mary A. McLaughlin to the calendar of the Honorable Nitza I. Quiñones Alejandro. |
| SUPERVISION COMMENCED: | December 6, 2022, in the District of Maryland. |
| SUPERVISION TERMINATES: | December 5, 2025 |

Re: White, Trent
Docket No. 2:12CR000363-001

The above probation officer has reason to believe that the probationer has violated the terms and conditions of their supervision under such circumstances as may warrant revocation. These condition are:

A. <u>Standard Condition:</u> The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

   According to documentation provided by Senior U. S. Probation Officer Tracey Lewis (PO Lewis) Mr. White reported to the U.S. Probation Office in Maryland on December 6, 2022, after his release from custody. He was then directed to report back to the office on December 20, 2022.

   Mr. White failed to report to the probation office on December 20, 2022.

   On December 28, 2022, Mr. White reported to the probation office in Maryland to complain about the rules of Helping Up Mission, an addiction treatment center and homeless shelter in Baltimore. At that time, he was directed to report to the probation office on January 5, 2023.

   Mr. White failed to report to the probation office on January 5, 2023.

   Mr. White's current whereabouts are unknown.

   **GRADE OF VIOLATION**                                                    <u>C</u>

B. <u>Standard Condition:</u> The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

   On December 6, 2022, it was discovered that Mr. White's current release plan was not acceptable, and he was homeless. His daughter informed that she had not spoken with her father in several years and he could not live with her. Mr. White was then referred to the Helping Up Mission, 1029 Baltimore Street Baltimore MD 21202, for shelter and he was urged strongly to consider participating in the long-term residential program.

   On December 7, 2022, PO Lewis attempted a personal contact with Mr. White at Helping Up Mission. She was informed by staff that Mr. White left the building before 6:30am that morning and was not interested in the long-term residential program. He did express minor interest in the overnight guest services of the shelter which accommodates bed space at a nominal fee of $3.00 per night.

   On January 3, 2023, PO Lewis spoke with supervisor Dave Lumpkin of

Re: White, Trent
Docket No. 2:12CR000363-001

Helping Up Mission telephonically, to direct that Mr. White be provided instructions to remain at the facility on January 4, 2023, to meet with her (PO Lewis).

On January 4, 2023, PO Lewis attempted to meet with Mr. White at Helping Up Mission and Mr. White was not at the facility.

PO Lewis was informed that Mr. White knew that she was coming to meet with him, however he chose to leave the facility at 6:30am that morning.

**GRADE OF VIOLATION** <u>**C**</u>

C. <u>Special Condition:</u> The defendant shall be evaluated for mental health treatment, and if needed provide the court a recommendation for such treatment. If ordered the defendant shall participate in treatment until satisfactorily discharged.

On December 6, 2022, at the U.S. Probation Office Mr. White was provided a verbal and written directive to report to HeL Recovery, 1900 N. Howard Street, Suite 201, Baltimore, MD 21218, on December 7, 2022, at 2:00pm for a mental health intake appointment. He was also provided a bus pass for his transportation.

Mr. White failed to attend his December 7, 2022, intake appointment.

PO Lewis was able to secure another intake appointment at the same program HeL Recovery on December 8, 2022, at 9:00am. This information was relayed to Mr. White by the staff at Helping Up Mission.

Mr. White reported to the December 8, 2022, appointment two hours late. He was recommended to participate in weekly mental health counseling and submit to a psychiatric evaluation to obtain accuracy of any underlying diagnosis.

PO Lewis has been unable to contact Mr. White because his whereabouts are unknown to connect him with these services.

**GRADE OF VIOLATION** <u>**C**</u>

Re: White, Trent
Docket No. 2:12CR000363-001

D. <u>Special Condition:</u> The defendant shall pay a fine in the amount of $1,000 in monthly installments of no less than $25, commencing 30 days from release from confinement.

The special assessment has been satisfied. Mr. White has made no payments toward his financial debt since his release from custody. The current balance is $875.00.

### GRADE OF VIOLATION

**PRAYING THAT THE COURT WILL ORDER...**   **THE ISSUANCE OF A WARRANT DIRECTING THAT THE NAMED SUPERVISED RELEASEE BE ARRESTED AND BROUGHT BEFORE THE COURT FOR A REVOCATION HEARING.**

I declare under penalty of perjury that the foregoing is true and correct.

Fred D. Crawford, Supervising
U.S. Probation Officer
Fred Crawford

Place: Philadelphia, PA
Date: January 13, 2023

NC

cc: Assistant U.S. Attorney
Defendant's Attorney
U.S. Marshals Service-Warrant Squad

**ORDER OF THE COURT**
Recommendation **APPROVED**
Considered this 17th day of January 2023, and **ORDERED** filed and made part of the records in the above case.

**BY THE COURT:**
 /s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*